No. 99–251. DAVIS *v.* NUNEZ. C. A. 9th Cir. Certiorari denied.

No. 99–270. COLLINS *v.* MONTGOMERY COUNTY BOARD OF PRISON INSPECTORS ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–328. CITY OF NEW YORK ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–348. KIEL *v.* SCOTT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 99–528. FIELDS ET AL. *v.* DEPARTMENT OF LABOR, ADMINISTRATIVE REVIEW BOARD, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–543. LOUIS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 99–573. SEAGATE TECHNOLOGY, INC. *v.* RODIME PLC. C. A. Fed. Cir. Certiorari denied.

No. 99–585. BRANSON *v.* CITY OF LOS ANGELES ET AL.; and No. 99–796. LOCKHEED MARTIN IMS ET AL. *v.* BRANSON. C. A. 9th Cir. Certiorari denied. Reported below: 187 F. 3d 646.

No. 99–589. SHEPPARD *v.* COOK, CAPTAIN, CHIEF OF TEXAS RANGERS. C. A. 5th Cir. Certiorari denied.

No. 99–598. PACIFIC LUMBER CO. ET AL. *v.* MARBLED MURRELET (BRACHYRAMPHUS MARMORATUS) ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–602. TAYLOR, EXECUTOR OF THE ESTATE OF TAYLOR, DECEASED *v.* PAUL B. HALL REGIONAL MEDICAL CENTER, DBA PAINTSVILLE HOSPITAL CO., ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–605. THOMAS ET AL. *v.* NETWORK SOLUTIONS ET AL. C. A. D. C. Cir. Certiorari denied.